**04-40005**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

FILED
IN CLERKS OFFICE

2004 JAN -9  P 4: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| EXPRESS FRANCHISE SERVICES, L.P., ) <br> a Texas limited partnership, and WRS ) <br> PERSONNEL FINDERS OF ) <br> MASSACHUSETTS, INC., d/b/a ) <br> EXPRESS PERSONNEL SERVICES, ) <br> a Massachusetts corporation ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> EXPRESS TEMPS, INC., a Massachusetts ) <br> corporation, and WILLIAM J. COMEAU, ) <br> an individual and citizen of Massachusetts ) <br>     Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Federal Rules of Civil Procedure and Local Rule 7.3, both Express Franchise Services, L.P. and WRS Personnel Finders of Massachusetts, Inc., d/b/a Express Personnel Services represent that: (1) neither has a parent corporation; and (2) no publicly held corporation owns 10% or more of the stock.

                                               Respectfully submitted,
                                               Attorneys for Plaintiffs Express Franchise
                                               Services, L.P., and WRS Personnel
                                               Finders of Massachusetts, Inc. d/b/a
                                               Express Personnel Services

                                               _____
                                               William D. Jalkut, Esquire
                                               (BBO#250020)
                                               FLETCHER, TILTON & WHIPPLE, P.C.
                                               370 Main Street, 12th Floor
                                               Worcester, MA 01608

Dated: January 9, 2004               (508) 798-8621

#670811v1