04-40005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

FILED
IN CLERKS OFFICE

2004 JAN -9 P 4: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| EXPRESS FRANCHISE SERVICES, L.P., a Texas limited partnership, and WRS PERSONNEL FINDERS OF MASSACHUSETTS, INC., d/b/a EXPRESS PERSONNEL SERVICES, a Massachusetts corporation<br>Plaintiffs<br><br>v.<br><br>EXPRESS TEMPS, INC., a Massachusetts corporation, and WILLIAM J. COMEAU, an individual and citizen of Massachusetts<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.5.3, William D. Jalkut, Esquire, counsel to the plaintiffs in the instant case and a member of this bar, respectfully requests that Donald J. Fitzpatrick, Esquire, John E. Petite, Esquire and Jason L. Ross, Esquire be permitted to practice in this court pro hac vice as counsel to the plaintiffs, Express Franchise Services, L.P., and WRS Personnel Finders of Massachusetts, Inc. d/b/a Express Personnel Services.

As grounds for this motion, the movant asserts that Donald J. Fitzpatrick, Esquire, John E. Petite, Esquire and Jason L. Ross, Esquire have knowledge, experience and expertise which will be both necessary and of great assistance in the litigation of this case. All of attorneys Fitzpatrick, Petite and Ross are members in good standing of their respective bars. Each has filed an affidavit pursuant to Local Rule 8.3.5.3. Each has tendered the $50.00 registration fee by check filed herewith.

Respectfully submitted,
Attorneys for Plaintiffs Express Franchise
Services, L.P., and WRS Personnel
Finders of Massachusetts, Inc. d/b/a
Express Personnel Services

_____
William D. Jalkut, Esquire
(BBO#250020)
FLETCHER, TILTON & WHIPPLE, P.C.
370 Main Street, 12th Floor
Worcester, MA 01608

Dated:  January 9, 2004          (508) 798-8621

#670812v1