UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

FILED
IN CLERKS OFFICE

2004 JAN -9 P 4: 03

04-40005

| | |
|---|---|
| EXPRESS FRANCHISE SERVICES, L.P., ) <br> a Texas limited partnership, and WRS ) <br> PERSONNEL FINDERS OF ) <br> MASSACHUSETTS, INC., d/b/a ) <br> EXPRESS PERSONNEL SERVICES, ) <br> a Massachusetts corporation ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> EXPRESS TEMPS, INC., a Massachusetts ) <br> corporation, and WILLIAM J. COMEAU, ) <br> an individual and citizen of Massachusetts ) <br> ) <br> Defendants. ) | |

## AFFIDAVIT OF JOHN E. PETITE, ESQUIRE
## IN SUPPORT OF PRO HAC VICE ADMISSION

I, John E. Petite, having duly sworn, hereby depose and say as follows:

1. I have personal knowledge of the matters stated in this Affidavit.

2. I am an attorney in the law firm of Greensfelder, Hemker & Gale, P.C., 2000 Equitable Building, 10 S. Broadway Street, St. Louis, Missouri, 63102. I am counsel to Express Franchise Services, L.P. and Personnel Finders of Massachusetts, Inc. d/b/a Express Personnel Services ("Plaintiffs"). I submit this affidavit in support of the Motion for Leave to Appear Pro Hac Vice filed in the instant case.

3. I will be co-counsel to the Plaintiffs with William D. Jalkut, Fletcher, Tilton & Whipple, P.C. Mr. Jalkut is duly admitted to practice before the United States District Court for the District of Massachusetts.

4. I graduated from the Washington University School of Law in 1993.

5. I am a member of the bar of the highest court in the states of Missouri and Illinois. I also am a member of the bar for the U.S. District Court, Eastern District of Missouri.

6.   I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me in any jurisdiction.

7.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 17TH day of December, 2003.

_____
John E. Petite, Esquire

::ODMA\PCDOCS\DOCS\670808\1