UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

04-40005

FILED
IN CLERKS OFFICE

2004 JAN -9 P 4: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| EXPRESS FRANCHISE SERVICES, L.P., a Texas limited partnership, and WRS PERSONNEL FINDERS OF MASSACHUSETTS, INC., d/b/a EXPRESS PERSONNEL SERVICES, a Massachusetts corporation<br><br>Plaintiffs<br><br>v.<br><br>EXPRESS TEMPS, INC., a Massachusetts corporation, and WILLIAM J. COMEAU, an individual and citizen of Massachusetts<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF JASON L. ROSS, ESQUIRE
IN SUPPORT OF PRO HAC VICE ADMISSION**

I, Jason L. Ross, having duly sworn, hereby depose and say as follows:

1. I have personal knowledge of the matters stated in this Affidavit.

2. I am an attorney in the law firm of Greensfelder, Hemker & Gale, P.C., 2000 Equitable Building, 10 S. Broadway Street, St. Louis, Missouri, 63102. I am counsel to Express Franchise Services, L.P. and Personnel Finders of Massachusetts, Inc. d/b/a Express Personnel Services ("Plaintiffs"). I submit this affidavit in support of the Motion for Leave to Appear Pro Hac Vice filed in the instant case.

3. I will be co-counsel to the Plaintiffs with William D. Jalkut, Fletcher, Tilton & Whipple, P.C. Mr. Jalkut is duly admitted to practice before the United States District Court for the District of Massachusetts.

4. I graduated from Southern Illinois University School of Law in 1998.

5. I am a member of the bar of the highest court in the states of Illinois and Missouri. I also am a member of the bar for the U.S. District Court, Eastern District of Missouri.

6.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me in any jurisdiction.

7.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 15TH day of December, 2003.

_____
Jason L. Ross, Esquire

#670807v1