# United States District Court

DISTRICT OF _____

Express Franchise Services, L.P., a
Texas limited partnership, and WRS
Personnel Finders of
Massachusetts, Inc. d/b/a Express
Personnel Services, a Massachusetts
corporation       V.

Express Temps, Inc. a Massachusetts
corporation and William J. Comeau,
an individual and citizen of
Massachusetts

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04-40005

TO: (Name and address of defendant)

Express Temps, Inc.
390 Main Street
Worcester, MA 01608

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William D. Jalkut, Esquire
Fletcher, Tilton & Whipple, P.C.
370 Main Street, 12th Floor
Worcester, MA 01608

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Shelry Jones_
(BY) DEPUTY CLERK

DATE   1-9-04

This form was electronically produced by Elite Federal Forms, Inc

AO 440 (Rev 10/93) Summons in a Civil Action

## RETURN OF SERVICE

★ **Worcester County Sheriff's Office** • **P.O. Box 1066** • **Worcester, MA 01613** • **(508) 752-1100**

*Worcester, ss*                                            01/22/2004

I hereby certify and return that on 01/21/2004 at 12:34pm I served a true
and attested copy of the Summons, Veified Complaint, Clerk's Letter,
Exhibits 1 thru 13, Corporate Disclosure Statement, Motion for Preliminary
Injunction, Memorandum of Law in Suport of Motion for Preliminary
Injunction, Motion for Leave to Appear Pro Hac Vice, Affidavit of Donald J.
Fitzpatrick, Esq. in Support of Pro Hac Vice Admission, Affidavit of Jason
L. Ross, Esq. in Support of Pro Hac Vice Admission, Affidavit of John E.
Petite, Esq. in Support of Pro Hac Vice Admission, Civil Cover Sheet,
Attachments in this action in the following manner:  To wit, by delivering
in hand to WILLIAM COMEAU, agent, person in charge at the time of service
for EXPRESS TEMPS, INC. at 390 MAIN ST, SUITE 300, WORCESTER, MA. Fees:
Service 30.00, Travel 3.84, Conveyance 2.00, Attest 5.00 & Postage and
Handling 1.00, Total fees: $41.84

Deputy Sheriff. Kenneth R Hannam                          *Deputy Sheriff*

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                        *Signature of Server*


                                          _____
                                               *Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.