# United States District Court

DISTRICT OF _____

Express Franchise Services, L.P., a
Texas limited partnership, and WRS
Personnel Finders of Massachusetts, Inc.
d/b/a Express Personnel Services, a
Massachusetts corporation

V.

Express Temps, Inc. a Massachusetts
corporation and William J. Comeau,
an indvidual and citizen of Massachusetts

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-40005**

*[Stamp: FILED CLERK'S OFFICE 2004 JAN 29 P 12: 17 U.S. DISTRICT COURT DISTRICT OF MASS.]*

TO: (Name and address of defendant)

William J. Comeau
Express Temps, Inc.
390 Main Street
Worcester, MA 01608

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William D. Jalkut, Esquire
Fletcher, Tilton & Whipple, P.C.
370 Main Street, 12th Floor
Worcester, MA 01608

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                          1-9-04
CLERK                                                 DATE

*Sherry Jones*
(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

01/22/2004

I hereby certify and return that on 01/21/2004 at 12:34pm I served a true and attested copy of the Summons, Verified Complaint, Clerks's Letter, Exhibits 1 thru 13, Corporate Disclosure Statement, Motion for Preliminary Injunction, Memorandum of Law in Support of Motion for Preliminary Injunction, Motion for Leave to Appear Pro Hac Vice, Affidavit of Donald J. Fitzpatrick, Esq. in Support of Pro Hac Vice Admission, Affidavit of Jason L. Ross, Esq. in Support of Pro Hac Vice Admission, Affidavit of John C. Petite, Esq. in Support of Pro Hac Vice Admission, Civil Cover Sheet, Attachments, in this action in the following manner: To wit, by delivering in hand to WILLIAM J. COMEAU EXPRESS TEMPS, INC. at 390 MAIN ST, SUITE 300, WORCESTER, MA. Fees: Service 30.00, Travel 3.84, Conveyance 0.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $39.84

Deputy Sheriff. Kenneth R Hannam                                              **Deputy Sheriff**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                         *Signature of Server*

                                       _____
                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.