UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

FILED
IN CLERKS OFFICE

2004 FEB -9  P 1: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

EXPRESS FRANCHISE SERVICES, L.P., et. al., )
        Plaintiffs, )
v. )
EXPRESS TEMPS, INC., et. al., )
        Defendants. )

CIVIL ACTION NO: 04-40005

## MOTION TO APPROVE STIPULATION TO ENLARGE TIME TO ANSWER

Pursuant to F.R.Civ P. Rule 6(b)(1), the parties to the above-captioned action hereby request that this Court approve their agreement that the time period within which the Defendant must respond to the Plaintiff's Complaint be extended through March 11, 2004.

**EXPRESS FRANCHISE SERVICES, L.P., ET. AL.,**

By their attorney,

_/s/ William D. Jalkut_
William D. Jalkut (BBO# 250020)
**FLETCHER, TILTON & WHIPPLE, PC.**
370 Main Street
Worcester, MA 01608
(508) 798-8621

Dated: 2/6/04

**EXPRESS TEMPS, INC., ET. AL.,**

By their attorney,

_/s/ Douglas B. Otto_
Douglas B. Otto (BBO# 555269)
**MORRISON, MAHONEY & MILLER, LLP**
250 Summer Street
Boston, MA 02210
(617) 737-8873

1067322v1