UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

FILED
IN CLERKS OFFICE

2004 MAR 12  P 3: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| EXPRESS FRANCHISE SERVICES, L.P., a Texas limited partnership, and WRS PERSONNEL FINDERS OF MASSACHUSETTS, INC., D/B/A EXPRESS PERSONNEL SERVICES, a Massachusetts corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPRESS TEMPS, INC., a Massachusetts corporation, and WILLIAM J. COMEAU, an individual and citizen of Massachusetts,<br><br>Defendants. | Civil Action No.: 04-40005 |

## MOTION TO APPROVE STIPULATION TO ENLARGE TIME TO ANSWER

Pursuant to F.R.Civ. P. Rule 6(b)(1), the parties to the above-captioned action hereby request that this Court approve their agreement that the time period within which the Defendant must respond to the Plaintiff's Complaint be extended through April 11, 2004.

**EXPRESS FRANCHISE SERVICES, L.P., ET AL.**

_____
William D. Jalkut, Esquire (BBO#250020)
Fletcher, Tilton & Whipple, P.C.
370 Main Street
Worcester, Massachusetts 01608
Tel: (508) 798-8621
Fax: (508) 791-1201

**EXPRESS TEMPS, INC., ET AL.**

_____
Douglas B. Otto, Esquire (BBO#555269)
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210
Tel: (617) 737-8873

Dated: March 11, 2004