UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

```
                                              )
EXPRESS FRANCHISE SERVICES, L.P., a           )
Texas limited partnership, and WRS            )
PERSONNEL FINDERS OF                          )
MASSACHUSETTS, INC., D/B/A EXPRESS            )   Civil Action No.: 04-40005
PERSONNEL SERVICES, a Massachusetts           )
corporation,                                  )
                    Plaintiffs,               )
                                              )
      vs.                                     )
                                              )
EXPRESS TEMPS, INC., a Massachusetts          )
corporation, and WILLIAM J. COMEAU, an        )
individual and citizen of Massachusetts,      )
                    Defendants.               )
                                              )
```

## MOTION TO APPROVE STIPULATION TO ENLARGE TIME TO ANSWER

Pursuant to F.R.Civ. P. Rule 6(b)(1), the parties to the above-captioned action hereby request that this Court approve their agreement that the time period within which the Defendant must respond to the Plaintiff's Complaint be extended through May 11, 2004. As grounds for this motion, the parties assert that a written settlement agreement has been tendered and is under review.

| EXPRESS FRANCHISE SERVICES, L.P., ET AL. | EXPRESS TEMPS, INC., ET AL. |
|---|---|
| /s/ William D. Jalkut | /s/ Douglas B. Otto |
| William D. Jalkut, Esquire (BBO#250020) | Douglas B. Otto, Esquire (BBO#555269) |
| Fletcher, Tilton & Whipple, P.C. | Morrison, Mahoney & Miller, LLP |
| 370 Main Street | 250 Summer Street |
| Worcester, Massachusetts 01608 | Boston, MA 02210 |
| Tel: (508) 798-8621 | Tel: (617) 737-8873 |
| Fax: (508) 791-1201 | |

Dated: April 12, 2004